JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shamar Jackson,<br><br>                    Plaintiff,<br><br>    v.<br><br>Naran Varu, an Individual; Rambhaben Varu, an Individual; and Does 1-10,<br><br>                    Defendants. | Case No.: 2:20-cv-06113-RSWL-GJSx<br><br>*Hon. Ronald S. W. Lew*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: July 9, 2020<br>Trial Date:    Not on Calendar |

///
///
///
///
///
///
///
///
///

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Shamar Jackson's ("Plaintiff") action against Defendants Naran Varu and Rambhaben Varu ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: October 2, 2020

/S/ RONALD S.W. LEW
Hon. Ronald S. W. Lew
United States District Judge
Central District of California